UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:04-cr-00074-SEB-TAB |
| | ) | |
| DRAMANE JOHNSON, | ) | -03 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Dramane Johnson's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twenty-four (24) months in the custody of the Attorney General or his designee, with such sentence to be served consecutive to any sentence Defendant is presently serving for his underlying State conviction in Marion County, Indiana, and with no supervised release to follow. The Defendant is to be taken into custody immediately. The Court recommends that Defendant serve his federal sentence prior to the state sentence and that Defendant be placed at FCI Milan, Michigan if appropriate.

**SO ORDERED.**

Date: 9/11/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service